IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:09CV82 |
| ) | |
| v. ) | |
| ) | |
| 2001 KENWORTH SEMI-TRACTOR, ) | ORDER |
| VIN 1XKTD69X1180243, and ) | |
| 1997 GREAT DANE TRAILER, ) | |
| VIN 1GRAA0622VB046246, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the Court on claimant's motion to extend time (Filing No. 9). The Court notes plaintiff has no objection and finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted. Claimant shall have until June 1, 2009, to file his claim and answer.

DATED this 4th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court