IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 SEP -8 PM 3: 17

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:09CV82 |
| ) | |
| 2001 KENWORTH SEMI-TRACTOR, ) | **ORDER** |
| VIN 1XKTD69X11880243, ) | |
| and 1997 GREAT DANE TRAILER, ) | |
| VIN 1GRAA0622VB046246, ) | |
| ) | |
| Defendants. ) | |

NOW ON THIS 8th day of September, 2009, this matter comes on before the Court upon the Stipulation of the parties (Filing No 19). The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds as follows:

1. The Defendant properties shall be returned to the Claimant.

2. Pursuant to this Court's Order dated March 16, 2009 (Filing No. 6), the United States has published notice of its intent to dispose of the property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on May 15, 2009 (Filing No. 12). In response to said published notice, no person or entity has filed a Petition setting forth any legal or equitable interest in the Defendant property.

3. The Claimant will relinquish any and all claims he has to the $4,800.00 cost bond filed with U.S. Customs and Border Protection. He will make an additional $7,000.00 payment to U.S. Customs and Border Protection. The combined $11,800.00 shall be considered forfeited to the United States; it shall be disposed of by the U.S. Customs and Border Protection according to law.

4. The parties' Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation is hereby approved.

B. The Defendant properties shall be returned to the Claimant. The Claimant will relinquish any and all claims he has to the $4,800.00 cost bond filed with U.S. Customs and Border Protection. He will make an additional $7,000.00 payment to U.S. Customs and Border Protection. The combined total $11,800.00 shall be considered forfeited to the United States and shall be disposed of by the U.S. Customs and Border Protection according to law.

C. Pursuant to this Court's Order dated March 16, 2009 (Filing No. 6), the United States has published notice of his intent to dispose of the property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on May 15, 2009 (Filing No. 12). No person or entity has filed a Petition, in response to said published notice, setting forth any legal or equitable interest in the subject property.

D. The $11,800.00 is hereby forfeited to the United States. All right, title or interest in or to the $11,800.00 held by any person or entity is hereby forever barred and foreclosed.

E. U.S. Customs and Border Protection shall dispose of said $11,800.00 in accordance with law.

F. Upon the Claimant's receipt of the Defendant properties, he or his counsel shall file a Receipt so indicating. Upon the filing of said Receipt, this Court shall enter a Judgment in this action.

BY THE COURT:

LYLE E. STROM
SENIOR UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

Approved as to form and content:

2001 KENWORTH SEMI-TRACTOR,
VIN 1XKTD69X11880243, and 1997
GREAT DANE TRAILER,
VIN 1GRAA0622VB046246, Defendants, and
QING YONG REN, Claimant

By: *Stacey Van Malden*
STACEY A. VAN MALDEN
Attorney at Law
6629 Broadway
Suite 7H
Bronx, NY 10471
(718) 601-2652